UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mary L. Cooper, U.S.D.J. |
| v. | : | Criminal No. 06-320 (MLC) |
| RICHARD HARRIOTT | : | **ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (Peter Katz, Assistant U.S. Attorney) and defendant Richard Harriott (Andrea Bergman, Assistant Federal Public Defender, appearing), for an order granting a continuance of the proceedings in the above-captioned matter from May 24, 2006 through July 28, 2006, to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court and that a continuance shall serve to delay a trial in this matter, and the defendant having consented to the continuance and waived such right, for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

(2) Defendant consents to the aforementioned continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice

served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 16th day of May 2006,

ORDERED that this action be, and it hereby is, continued from May 24, 2006 through July 28, 2006; and

IT IS FURTHER ORDERED that the period from May 24, 2006 through July 28, 2006 shall be excludable in computing time under the Speedy Trial Act of 1974 (as amended October 12, 1984), pursuant to Title 18, United States Code, Section 3161.

HONORABLE MARY L. COOPER
UNITED STATES DISTRICT JUDGE

We hereby consent to the entry
of this Order.

Peter Katz
Assistant U.S. Attorney

Andrea Bergman
Attorney for Richard Harriott